PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Oct 28, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN VALENTIN MANRIQUEZ, and <br> ANDREW JACE LARRABURE-TUMA, <br><br> Defendants. | CASE NO. 2:21-cr-0213 KJM <br><br> 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

INDICTMENT

The Grand Jury charges: T H A T

JUAN VALENTIN MANRIQUEZ, and
ANDREW JACE LARRABURE-TUMA,

defendants herein, between on or about July 21, 2021, and on or about September 28, 2021, in Sacramento County and El Dorado County, State and Eastern District of California, and elsewhere, not being a licensed dealer and manufacturer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing and manufacturing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

///

///

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendants JUAN VALENTIN MANRIQUEZ and ANDREW JACE LARRABURE-TUMA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendants are convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

INDICTMENT 2

No. _____                                         2:21-cr-0213 KJM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

JUAN VALENTIN MANRIQUEZ,
ANDREW JACE LARRABURE-TUMA

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms;
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*    /s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* \_\_\_28th_____ *day*

*of* \_\_October_____, *A.D.* 20 \_21\_\_\_

/s/ Lisa M. Kennison
_____
*Clerk.*

*Bail,* $ **NO PROCESS NECESSARY**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:21-cr-0213 KJM

## United States v. Juan Manriquez & Andrew Tuma
### Penalties for Indictment

**Defendants**
JUAN VALENTIN MANRIQUEZ
ANDREW JACE LARREBURE TUMA

VIOLATION:   18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms

PENALTIES:   Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**   all Defendants

VIOLATION:   18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:   As stated in the charging document