1  **JENNIFER MOUZIS**
   **MOUZIS CRIMINAL DEFENSE**
2  State Bar No. 200280
   1819 K Street, Suite 200
3  Sacramento, California 95811
   Telephone: (916) 822-8702
4  Facsimile: (916) 822-8712

5  Attorney for Defendant
   JUAN VALENTIN MANRIQUEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:21-cr-00213-DAD-1 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE JUDGMENT AND** |
| **v.** ) | **SENTENCING** |
| ) | |
| **JUAN MANRIQUEZ**, ) | |
| ) | |
| Defendant. ) | |
| ——————————————— ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Lee and Defendant Juan Manriquez, by and through his counsel, Jennifer Mouzis agree and stipulate to vacate the date set for judgment and sentencing, February 21, 2023 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to May 16, 2023 at 9:30 a.m. in the courtroom of the Honorable Dale A. Drozd. Federal Probation Officer, Miranda Lewis, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

//

1

| | |
|---|---|
| Proposed Pre-Sentence Report | April 04, 2023 |
| Written objections to the PSR | April 18, 2023 |
| Final PSR | April 25, 2023 |
| Formal objections to PSR | May 2, 2023 |
| Reply, or Statement of Non-Opposition | May 9, 2023 |

The reason for the continuance is that defense and probation have not been able to meet with Mr. Manriquez for his interview with probation. The delay is due to Mr. Manriquez's transfer to Butte County jail, conflicting holiday schedules, and terrible weather conditions.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: January 20, 2023       PHILLIP A. TALBERT
                              United States Attorney

                        By:   /s/ Justin Lee
                              JUSTIN LEE
                              Assistant United States Attorney

Dated: January 20, 2023        /s/ Jennifer Mouzis
                              JENNIFER MOUZIS
                              Attorney for Defendant
                              JUAN VALENTIN MANRIQUEZ

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of February 21, 2023, at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on May 16, 2023, at 9:30 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | April 04, 2023 |
| Written objections to the PSR | April 18, 2023 |
| Final PSR | April 25, 2023 |
| Formal objections to PSR | May 2, 2023 |
| Reply, or Statement of Non-Opposition | May 9, 2023 |

IT IS SO ORDERED.

Dated:   **January 22, 2023**                    _/s/ Dale A. Drozd_
                                                                     UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order to Continue Judgment and Sentencing