PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JUAN VALENTIN MANRIQUEZ,<br><br>                              Defendant. | CASE NO.  2:21-CR-00213-DAD<br><br>STIPULATION REQUESTING TO CONTINUE SENTENCING AND ORDER<br><br>DATE: May 16, 2023<br>TIME:  9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.     By previous order, this matter was set for judgment and sentencing on May 16, 2023.

2.     By this stipulation, the parties jointly request to continue judgment and sentencing to July 25, 2023.  The assigned probation officer is available on this date.

///

///

///

///

///

///

///

///

3.     The draft presentence investigation report has not yet been completed in this case. Accordingly, the parties request that the Court adopt the following schedule:

| | | | |
|---|---|---|---|
| a) | Draft PSR Due: | June 13, 2023 | (6 weeks before J&S) |
| b) | Informal Objections Due: | June 20, 2023 | (5 weeks before J&S) |
| c) | Final PSR Due: | June 27, 2023 | (4 weeks before J&S) |
| d) | Formal Objections Due: | July 11, 2023 | (2 weeks before J&S) |
| e) | Oppositions to Objections: | July 18, 2023 | (1 week before J&S) |
| f) | Sentencing Memoranda: | July 18, 2023 | (1 week before J&S) |

IT IS SO STIPULATED.

Dated:  April 26, 2023                                    PHILLIP A. TALBERT
                                                          United States Attorney

                                                          /s/ JUSTIN L. LEE
                                                          JUSTIN L. LEE
                                                          Assistant United States Attorney

Dated:  April 26, 2023                                    /s/ JENNIFER MOUZIS
                                                          JENNIFER MOUZIS
                                                          Counsel for Defendant
                                                          JUAN MANRIQUEZ

## FINDINGS AND ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for May 16, 2023 is vacated and continued to July 25, 2023 at 9:30 a.m.  The presentence report schedule proposed by the parties is also adopted.

IT IS SO ORDERED.

Dated:   **April 26, 2023**                               _____
                                                          UNITED STATES DISTRICT JUDGE